522 A.2d 554

**Joseph M. LENA**

v.

**COMMONWEALTH of Pennsylvania, UNEMPLOYMENT COMPENSATION BOARD OF REVIEW.**

**Appeal of LATROBE STEEL COMPANY.**

Supreme Court of Pennsylvania.

Argued March 11, 1987.

Decided March 23, 1987.

Gene E. McDonald, Charles C. Mason, Jr., Lightcap, McDonald, Moore & Mason, Latrobe, for appellant.

Paul E. Baker, Unemployment Compensation Board of Review, Harrisburg, Robert J. Milie, Denis P. Zuzik, Greensburg, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

McDERMOTT, J., dissents.